LDA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES ZIGAS :
vs. :
: C.A. No. CA 06 498S
ABDELLAH OUKADDE, Alias John Doe :
And SWIFT TRANSPORTATION :
CORPORATION, Alias ABC Company :

NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Defendant, Swift Transportation Corporation, respectfully represents as follows:

1. That Swift Transportation Corporation is a defendant in a civil action filed against it in the Providence County Superior Court, styled *James Zigas v. Abdellah Oukadde, Alias John Doe and Swift Transportation Corporation, Alias ABC Company*, C.A. No. PC 06-5530.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Copies of the summons and complaint are attached hereto as Exhibit A with Certified copies of the entire State Court record to be filed pursuant to Local Rule 36 within 10 days hereof. Defendant was served with copies of the Summons and Complaint through its registered agent on or about October 30, 2006.

3. The defendant, the un-served co-defendant and the plaintiff are citizens of different states and there is complete diversity within the meaning of Title 28 US.C. Section 1332.

4. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

5. Venue properly lies in the District of Rhode Island because the plaintiff is a Rhode Island resident and the case arises out of a motor vehicle accident that occurred in the City of Providence, Rhode Island.

6. That the above described action, as stated in the plaintiff's Complaint, is one of which this Court has original jurisdiction pursuant to the provisions of Title 28 U.S.C. Section 1332, and is one which may be removed to this Court by the defendant pursuant to the provisions of Title 28 U.S.C. Sections 1441(a) and (b).

SWIFT TRANSPORTATION CORPORATION
By its Attorneys,
CARROLL KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

Dated: November 16, 2006