STATE OF RHODE ISLAND
PROVIDENCE, S.C

SUPERIOR COURT

JAMES ZIGAS

VS.

C.A. NO:

ABDELLAH OUKADDE, Alias John Doe
and SWIFT TRANSPORTATION
CORPORATION, Alias ABC Company

**COMPLAINT**
**COUNT 1**

1. Plaintiff is a resident of the City of North Providence, County of Providence, State of Rhode Island.

2. Defendant, Abdellah Oukadde, upon information and belief, is a resident of the City of Manchester, State of New Hampshire.

3. Defendant, Swift Transportation Corporation, is a truckload carrier with its headquarters located in the City of Phoenix, State of Arizona.

4. Rhode Island has appropriate jurisdiction as to both Defendant's under R.I.G.L. Section 9-5-33, commonly referred to as the "Long Arm Statute".

5. On or about November 4, 2003, your Plaintiff was the operator of a motor vehicle along and upon Route 95 North, a public highway in the City of Providence, County of Providence, State of Rhode Island.

6. That at the aforesaid date and place the Defendant, Abdellah Oukadde, was the operator of a motor vehicle owned by Swift Transportation Corporation, then and there being operated by him in such a negligent fashion so as to collide with your Plaintiff's vehicle.

7. At all times pertinent thereto, your Plaintiff was in the exercise of due care.

8. As a direct and proximate result of the aforesaid negligence of the Defendants and each of them, jointly and severally, your Plaintiff has sustained great and permanent pain of body and mind, has incurred medical expenses in and about the care of his injuries, has suffered diminution of earning capacity, has suffered lost wages and has been otherwise injured and damnified.

WHEREFORE, Plaintiff demands judgment against the Defendants, and each of them, jointly and severally in an amount sufficient to confer jurisdiction upon this Honorable Court

together with interest and cost thereon.

Plaintiff,
By his attorney,

Robert M. Brady(#2070)
One Grove Avenue
East Providence, RI 02914
(401) 434-2800

PLAINTIFF CLAIMS TRIAL BY JURY AND DESIGNATES ROBERT M. BRADY TRIAL COUNSEL.