# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. ..........................

JAMES ZIGAS
Plaintiff

ABDELLAH OUKADDE, Alias John Doe and SWIFT TRANSPORTATION CORPORATION, Alias ABC Company
Defendant

***Summons***

*To the above-named Defendant:* Swift Transportation Corporation, Agent for service National Registered Agents, Inc., 638 N 5th Ave., Phoenix, AZ 85003

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Robert M. Brady Plaintiff's attorney, whose address is One Grove Avenue, East Providence, RI 02914 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

Henry S. Kinch, Jr.
CLERK

Dated: October 19, 2006

(Seal of the Superior Court)

EXHIBIT
A

S- 135 (REV. 10/00)