UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES ZIGAS :
vs. :
: CA 06 498S
: C.A. No.
ABDELLAH OUKADDE, Alias John Doe :
And SWIFT TRANSPORTATION :
CORPORATION, Alias ABC Company :

NOTICE OF FILING OF NOTICE OF REMOVAL

TO: Robert M. Brady, Esq.
One Grove Avenue
East Providence, RI 02914

Please take notice that the defendant, Swift Transportation Corporation, has this day filed in the United States District Court for the District of Rhode Island a Notice of Removal of the above-entitled action from the Providence County Superior Court of the State of Rhode Island, to the United States District Court pursuant to 28 U.S.C. §1441 and 1446.

Dated this 16 day of November, 2006.

SWIFT TRANSPORTATION
CORPORATION
By its Attorneys,
CARROLL KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com