STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-5530 JAMES ZIGAS V ABDELLAH OUKADDE

Filing Date: 10-20-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY-VEHICLE
Status Date: 11-16-2006

Plaintiff: JAMES ZIGAS
ID: @10869100
Attorney: ROBERT BRADY

Defendant: ABDELLAH OUKADDE
ID: @10869101

Defendant: SWIFT TRANSPORTATION CORPORATION
ID: @10869102
Attorney: PATRICIA BUCKLEY

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 10-20-2006 | COMPLAINT FILED | |
| 10-20-2006 | INITIAL FILING FEE | |
| 10-20-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP235994. |
| 11-16-2006 | INTEROGATORIES FILED | Affiliated: SWIFT TRANSPORTATION CORPORATION |
| 11-16-2006 | REQUEST FOR PRODUCTION FILED | Affiliated: SWIFT TRANSPORTATION CORPORATION |
| 11-16-2006 | ANSWER FILED | Affiliated: SWIFT TRANSPORTATION CORPORATION |
| 11-16-2006 | NOTICE OF REMOVAL | Affiliated: OUKADDE, ABDELLAH |
| 11-16-2006 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT CASE#06-498S |
| 11-16-2006 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island