STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

JAMES ZIGAS :
vs. :
ABDELLAH OUKADDE, Alias John Doe :
And SWIFT TRANSPORTATION :
CORPORATION, Alias ABC Company :

C.A. No. 06-5530

## ANSWER OF DEFENDANT, SWIFT TRANSPORTATION CORPORATION

Defendant, Swift Transportation Corporation hereby answers the plaintiff's Complaint as follows:

1. This defendant is without sufficient information to either admit or deny the allegations contained in this paragraph.

2. This defendant is without sufficient information to either admit or deny the allegations contained in this paragraph.

3. Admitted that Swift Transportation Corporation is headquartered in Phoenix, Arizona. Otherwise, denied.

4. Admitted as to this defendant. Otherwise, this defendant is without sufficient information to either admit or deny the remainder of the allegations contained in this paragraph.

5. Admitted.

6. Admitted that Abdellah Oukadde was the operator of a vehicle on November 4, 2003 on Route 95 in Providence, Rhode Island that collided with a vehicle operated by the plaintiff. Otherwise, denied.

7. Denied.

8. Denied.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 NOV 16 A 9:34

FIRST AFFIRMATIVE DEFENSE

The plaintiff's damages, if any at all, were caused by or contributed to by other persons, firms or corporations for whose conduct this defendant is not responsible.

SECOND AFFIRMATIVE DEFENSE

The plaintiff's damages, if any at all, were caused by or contributed to by the plaintiff's own conduct.

THIRD AFFIRMATIVE DEFENSE

The defendant affirmatively pleads misnomer of a party.

FOURTH AFFIRMATIVE DEFENSE

The plaintiff's Complaint fails to state a claim upon which relief may be granted as against this named defendant.

WHEREFORE, defendant Swift Transportation Corporation demands that the plaintiff's Complaint be dismissed and that Swift Transportation Corporation be awarded its costs related thereto.

SWIFT TRANSPORTATION CORPORATION
By its Attorneys,
CARROLL KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404 (fx)

**DEFENDANT HEREBY DEMANDS TRIAL BY JURY**

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Robert M. Brady, Esq., One Grove Avenue, East Providence, RI 02914 on this 16 day of November, 2006.