UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES ZIGAS :
:
vs. :
: C.A. No. CA 06 498S
ABDELLAH OUKADDE, Alias John Doe :
And SWIFT TRANSPORTATION :
CORPORATION, Alias ABC Company :

AFFIDAVIT OF FILING NOTICE OF REMOVAL
WITH THE CLERK OF THE PROVIDENCE COUNTY SUPERIOR COURT

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

I, Patricia A. Buckley, attorney for the defendant, Swift Transportation Corporation, herein on oath depose and say that I have caused copies of the defendant's Notice of Removal of the above captioned action to be filed with the Clerk of the Providence County Superior Court in accordance with the provisions of Title 28 U.S.C. §1446(e) by hand delivering copies of said Notice to the Clerk on November 16, 2006.

I further depose and say that I have given written notice of the filing of said Notice to all parties by mailing copies thereof by United States mail together with notice of said filing to Robert M. Brady, Esq., One Grove Avenue, East Providence, RI 02914 on November 16, 2006.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY.
Dated this 16th day of November, 2006.

SWIFT TRANSPORTATION
CORPORATION
By its Attorneys,
CARROLL KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

## CERTIFICATION

I, Patricia A. Buckley, attorney for defendant, hereby certify that I have this day served the foregoing AFFIDAVIT OF FILING NOTICE OF REMOVAL WITH THE CLERK OF THE PROVIDENCE COUNTY SUPERIOR COURT by mailing a copy postage pre-paid to Robert M. Brady, Esq., One Grove Avenue, East Providence, RI 02914.

Dated this 16th day of November, 2006.

STATE OF RHODE ISLAND
PROVIDENCE SC.

Personally appeared the above-named Patricia A. Buckley, who made oath that the foregoing statements by her subscribed are true.

NOTARY PUBLIC
My Commission Expires: 6-20-09