UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES ZIGAS :
:
vs. :
: C.A. No. 06-498-S
ABDELLAH OUKADDE, Alias John Doe :
And SWIFT TRANSPORTATION :
CORPORATION, Alias ABC Company :

CERTIFICATION OF NOTICE OF RIGHT TO CHALLENGE SUBPOENA

I, Patricia A. Buckley, Esquire, counsel for the defendants, pursuant to Rhode Island General Laws Section 5-37.3-6.1, as amended, hereby certify that:

(a) A copy of the within Subpoena was served upon the plaintiff's legal counsel more than twenty (20) days before the date set for said deposition;

(b) The plaintiff's legal counsel has been served with notice of the right to challenge said Subpoena; and

(c) Defendant has not received an objection or a challenge to the aforementioned Subpoena Duces Tecum from any party.

SWIFT TRANSPORTATION
CORPORATION,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley

PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 27th day of February, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Robert M. Brady, Esq., bob@bradylaw.necoxmail.com will receive notice through the ECF system.

/s/ Patricia A. Buckley