UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ZIGAS | : | |
| | : | |
| vs. | : | |
| | : | C.A. No. 06-498-S |
| ABDELLAH OUKADDE, Alias John Doe | : | |
| And SWIFT TRANSPORTATION | : | |
| CORPORATION, Alias ABC Company | : | |

NOTICE TO TAKE DEPOSITION

DEPONENT: KEEPER OF RECORDS, Peter D. Greenberg, M.A.
908 Reservoir Avenue
Cranston, RI 02910
DATE: March 28, 2007
TIME: 2:00 p.m.

Please take notice that pursuant to R.C.P. 30, the Defendant in the above-captioned matter will take the deposition of the above named individual on oral examination, which examination will continue from day-to-day until completed, the same to commence on the date and at the time above stated at the Law Office of Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 before a Notary Public commissioned in the State of Rhode Island.

SWIFT TRANSPORTATION
CORPORATION,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 27th day of February, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Robert M. Brady, Esq., bob@bradylaw.necoxmail.com will receive notice through the ECF system.

/s/ Patricia A. Buckley