UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES ZIGAS :
:
vs. :
: C.A. No. 06-498-S
ABDELLAH OUKADDE, Alias John Doe :
And SWIFT TRANSPORTATION :
CORPORATION, Alias ABC Company :

NOTICE TO TAKE DEPOSITION

DEPONENT: KEEPER OF RECORDS, Rhode Island Hospital
593 Eddy Street
Providence, RI 02903
DATE: March 28, 2007
TIME: 10:00 a.m.

Please take notice that pursuant to R.C.P. 30, the Defendant in the above-captioned matter will take the deposition of the above named individual on oral examination, which examination will continue from day-to-day until completed, the same to commence on the date and at the time above stated at the Law Office of Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 before a Notary Public commissioned in the State of Rhode Island.

SWIFT TRANSPORTATION
CORPORATION,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 27th day of February, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Robert M. Brady, Esq., bob@bradylaw.necoxmail.com will receive notice through the ECF system.

/s/ Patricia A. Buckley