UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ZIGAS | : | |
| | : | |
| VS. | : | C.A. NO: 06-498 S |
| | : | |
| ABDELLAH OUKADDE, Alias John Doe and SWIFT TRANSPORTATION CO., Inc., Alias ABC COMPANY | : | |

**PLAINTIFF'S RULE 16 STATEMENT**

**STATEMENT OF FACTS**

The Plaintiff, James B. Zigas, date of birth 8/15/84, was the operator of an automobile, on November 4, 2003 at approximately 6:45 p.m. in a northbound lane of Route 95 in Providence, Rhode Island. As a result of the traffic ahead, the Plaintiff stopped his grandfather's Volkswagen several hundred yards West of the Thurbers Avenue off-ramp. The Plaintiff was the last car in a line of four cars, three of which had stopped ahead of him. The Plaintiff had been stopped for a brief period of time when his automobile was struck in the rear by an 18-wheeler tractor trailer operated by Defendant, Qukadde and owned by Swift Transportation.

At the time of the collision, the Plaintiff was wearing a shoulder/lap harness which was secured. The impact was so horrific that it still forced the Plaintiff's face into the steering wheel/column, causing him to sustain multiple facial fractures.

At the time of the collision, the weather was clear, his vehicle was on a straight-away on Route 95 and he had been stopped for approximately one minute. The Defendant has been put on notice immediately following the accident to retain the vehicle and the log books for the driver for review by Plaintiff's counsel. Defendant, Swift Transportation, has a history of being

scrutinized by the U.S. Department of Transportation and the Federal Motor Carrier Safety Administration for safety violations of the Defendant. In the two years immediately preceding the within accident, Defendant, Swift Transportation's fleet of 16,500 trucks were involved in an injury crash almost every day and in a fatal crash every two weeks according to federal records.

**DAMAGES:**

As a result of the significant collision and injuries, the Plaintiff was transported by rescue to the nearby Rhode Island Hospital. He remained hospitalized from November 4, 2003 and various follow-up dates until November 19, 2003. Initially, it was believed that Mr. Zigas may have suffered the loss of use of one of his eyes as there was an immediate decrease in acuity in that eye. It was initially diagnosed that there was at least one orbital fracture with bone fragments impinging on the orbital globe.

The records indicate that there were comminuted nasal fractures, a fracture of the left orbital floor with impingement upon the globe without penetration.

The records demonstrate further multiple fractures in the facial area with some soft tissue residuals in the lumbar and cervical area.

After his release, the Plaintiff came under the care of Dr. Philip Rizzuto, Dr. Peter DeBlasio and Dr. Jack Bevivino. These physicians specialize in repair of the type of fractures and injuries sustained by Mr. Zigas. There were several surgeries performed which involved entering the facial bone area through the mouth and through other orifices in order to effectuate the repairs.

By March of 2004, Mr. Zigas' eye surgeon found that his visual acuity had returned to 20/20.

The Plaintiff is still undergoing medical treatment and most recently has had additional surgery with an attempt to correct a blockage in the nasal passage. His nose is essentially equivalent to putty and any bruise or bumps can cause significant bleeding and result in additional surgery.

At the time of the collision, the Plaintiff was a full-time student. He missed approximately one year of school due to the trauma. He is currently under the care of Dr. Leah Cullen, a psychiatrist, who is treating Mr. Zigas for post-traumatic stress disorder. Since the collision, he has suffered nightmares, cold sweats and has difficulty driving in traffic, particularly where there are tractor-trailers in the immediate facility.

Mr. Zigas' medical bills are approximately $30,000.00 to date and it is anticipated that they will continue. The plastic surgeon who has worked with Mr. Zigas has opined that he finds Jim to have a five percent (5%) whole person impairment as a result of the fractures of the nasal bones and the disfigurement associated with same.

Due to the difficulty in locating the driver, discovery has only recently commenced as to the Defendants.

Respectfully Submitted,
Plaintiff,
By his Attorney,

Robert M. Brady, Esquire (#2070)
One Grove Avenue
East Providence, RI 02914
(401) 434-2800

CERTIFICATION

I hereby certify that on the 5th day of March, 2007, I faxed a true and accurate copy of the within by regular mail, postage prepaid to the following: Patricia A. Buckley, Esq., at 401-331-4404.

________________________________