UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES ZIGAS : | |
| : | |
| vs. : | |
| : | C.A. No. 06-498-S |
| ABDELLAH OUKADDE, Alias John Doe : | |
| And SWIFT TRANSPORTATION : | |
| CORPORATION, Alias ABC Company : | |

NOTICE TO TAKE DEPOSITION

DEPONENT: KEEPER OF RECORDS, Lawrence P. Stephenson, D.D.S. Ltd.
1826 Mineral Spring Avenue
No. Providence, RI 02903
DATE: April 7, 2007
TIME: 10:00 a.m.

Please take notice that pursuant to R.C.P. 30, the Defendant in the above-captioned matter will take the deposition of the above named individual on oral examination, which examination will continue from day-to-day until completed, the same to commence on the date and at the time above stated at the Law Office of Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 before a Notary Public commissioned in the State of Rhode Island.

SWIFT TRANSPORTATION
CORPORATION,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 9th day of March, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Robert M. Brady, Esq., bob@bradylaw.necoxmail.com will receive notice through the ECF system.

/s/ Patricia A. Buckley