UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ZIGAS | : | |
| | : | |
| VS. | : | C.A. No.: 06-498 S |
| | : | |
| ABDELLAH OUKADDE, Alias John Doe | : | |
| and SWIFT TRANSPORTATION | : | |
| CORPORIATION, Alias ABC Company | : | |

**MOTION TO QUASH**

Now comes the Plaintiff in the above referenced matter and moves this Honorable Court to Quash that certain subpoena commanding that Dr. Leah Oseas-Cullen produce and permit inspection and copying of the medical records regarding the Plaintiff as specified in the aforementioned subpoena. As basis thereof, your Plaintiff provides the supporting Memorandum of Law.

WHEREFORE, your Plaintiff prays for the following relief:

1. That the records of Dr. Leah Cullen be reviewed by the Honorable Court *in camera* so as to make a further determination with regard to relevant medical information.

2. That this Honorable Court issue a Protective Order so as to limit the examination, use and other transmittal of the within records to the parties and the experts hired by the Defendants in the above referenced matter.

3. Such other and further relief that this court deems meet and appropriate under the circumstances.

Plaintiff,
By his Attorney,

_/s/ Robert M. Brady________

Robert A. Brady, Esq., #2070
One Grove Avenue
Providence, RI 02903
(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com