UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ZIGAS | : | |
| | : | |
| VS. | : | C.A. No.: 06-498 S |
| | : | |
| ABDELLAH OUKADDE, Alias John Doe | : | |
| and SWIFT TRANSPORTATION | : | |
| CORPORATION, Alias ABC Company | : | |

**PROTECTIVE ORDER**

By agreement of the parties it is hereby:

**ORDERED ADJUDGED AND DECREED**

1. Plaintiff's Motion to Quash the Subpoena issued to Dr. Leah Cullen shall be treated as a Motion for a Protective Order.

2. The parties agree that the information which is the subject matter of the Defendant's subpoena directed to Dr. Cullen, shall be released to the parties' attorneys, the Defendant's expert witnesses and Defendant's claims personnel. The information shall not be shared or disseminated to any other person, firm or entity without the expressed written consent of the Plaintiff.

ORDERED:

~~Justice~~ U.S.M.J.
3/26/07

ENTERED:

Clerk

PRESENTED BY:

/s/ Robert M. Brady
Robert M. Brady, Esq., #2070
One Grove Avenue
East Providence, RI 02903
(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com

**CERTIFICATION**

I hereby certify that on the 26th day of March, 2007, I e-mailed a true and accurate copy of the within, postage prepaid, to: Patricia A. Buckley, Esq. at pbuckley@ckmlaw.com.

/s/ Robert M. Brady