UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ZIGAS | : | |
| | : | |
| VS. | : | C.A. No.: 06-498 S |
| | : | |
| ABDELLAH OUKADDE, Alias John Doe and SWIFT TRANSPORTATION CO., INC., Alias ABC Company | : | |

**MOTION FOR ALTERNATE SERVICE AND EXTENSION OF TIME TO EFFECT SERVICE**

Now comes the undersigned, counsel for the Plaintiff, and represents to this Court that in compliance with R.I.G.L. Section 31-7-7, service has been made upon Defendant, Swift Transportation Co., Inc. but service has not been made effective upon the operator of the tractor trailer, to wit: Abdellah Oukadde.

Plaintiff's counsel has engaged the services of Sterling Investigator Services who have informed Plaintiff's counsel that they have had absolutely no success in locating any individual by the Defendant's name in the State of New Hampshire, which is the stated residence of Defendant, Oukadde, according to the motor vehicle accident report.

R.I.G.L. Section 31-7-7 provides that the filing of an Affidavit of Compliance with mailing of a copy of the Notice of Process to the Defendant at his last known address shall be deemed compliance with the Notice Requirements.

Subsection (c) of the aforesaid statute provides the Court with the authority in the event of a failure to comply with a requirement of Notice to the non-resident can order any notice that shall be sufficient to appraise the non-resident of the pendency of the suit against him or her and, in addition, may extend the time for answering by the non-resident.

Your Plaintiff has been unsuccessful in locating the operator of the Defendant's tractor trailer. As of the date of the filing of this Motion, the Plaintiff has not received the Defendant, Swift Transportation Co., Inc.'s compliance with the filing of Answers to Interrogatories, which

would have provided, hopefully, additional information concerning Defendant, Oukadde's, whereabouts.

Based on the foregoing, your Plaintiff prays that the attached Affidavit be deemed compliance with the Notice provisions of the applicable Rhode Island statute and that in the event that this Court sees fit to provide the Defendant with some alternative form of Notice that the Plaintiff be permitted additional time to effect service upon said Defendant and to extend the time for discovery.

Plaintiff,
By his Attorney,

_/s/ Robert M. Brady_______________

Robert A. Brady, Esq., #2070
One Grove Avenue
Providence, RI 02903
(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com

**CERTIFICATION**

I hereby certify that on the 29th day of May, 2007, I e-mailed a true and accurate copy of the within to: Patricia A. Buckley, Esq. at pbuckley@ckmlaw.com.

_/s/ Robert M. Brady___________________