UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ZIGAS | : | |
| | : | |
| VS. | : | C.A. No.: 06-498 S |
| | : | |
| ABDELLAH OUKADDE, Alias John Doe | : | |
| and SWIFT TRANSPORTATION CO., | : | |
| INC., Alias ABC Company | : | |

AFFIDAVIT OF COMPLIANCE

Now comes the undersigned, counsel for Plaintiff and certifies that in accordance with R.I.G.L. Section 31-7-7, a copy of the Summons and Complaint filed in the within matter has been sent by certified mail, return receipt requested, to the Defendant operator, Abdellah Oukadde.

In addition thereto, the Plaintiff's counsel has been advised that the Defendant does not reside at the address set forth on the motor vehicle accident report.

Plaintiff's counsel files this Affidavit in Compliance with R.I.G.L. Section 31-7-7.

Plaintiff,
By his Attorney,

_/s/ Robert M. Brady_____________
Robert A. Brady, Esq., #2070
One Grove Avenue
Providence, RI 02903

(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com

**CERTIFICATION**

I hereby certify that on the 29th day of May, 2007, I e-mailed a true and accurate copy of the within to: Patricia A. Buckley, Esq. at pbuckley@ckmlaw.com.

_/s/ Robert M. Brady____________________