UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ZIGAS | : | |
| | : | |
| VS. | : | C.A. No.: 06-498 S |
| | : | |
| ABDELLAH OUKADDE, Alias John Doe and SWIFT TRANSPORTATION CORPORATION, Alias ABC Company | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF TIME TO EFFECT SERVICE AND COMPLETE DISCOVERY**

R.I.G.L. Section 31-7-7[1] deals with the situation where a non-resident operator is provided notice of a pending action.

Prior to the filing of suit, the Plaintiff contacted Sterling Investigator Services for purposes of attempting to locate the Defendant, operator at his stated location. The Investigator Services attempted to use the Defendant, operator's date of birth as well as his address provided to determine whether he was a resident of the State of New Hampshire and/or had any known

---

[1] **31-7-7. Service on nonresident.** — (a) Service of process on a nonresident shall be made by leaving a copy of the process with a fee of five dollars ($5.00) in the hands of the administrator of the division of motor vehicles or in his or her office with some one acting in his or her stead as the administrator of the division of motor vehicles and the service shall be sufficient service upon the nonresident.

(b) Notice of the service and a copy of the process shall be sent by registered or certified mail prior to service or immediately after service by the plaintiff or his or her attorney of record, to the defendant at the address given upon the defendant's registration or operator's license. The sender's post office receipt of sending and the plaintiffs or his or her attorney's affidavit of compliance are to be returned with the process in accordance with applicable procedural rules.

(c) Notwithstanding the requirements in subsections (a) and (b) of this section, however, once service has been made on the administrator of the division of motor vehicles as provided in this section, the court shall have the authority in the event of the failure to comply with the requirement of notice to the nonresident to order any notice that shall be sufficient to apprise the nonresident of the pendency of the suit against him or her, and in addition may extend the time for answering by the nonresident. It is also sufficient if notice and a copy of the process are served upon the defendant outside the state in accordance with applicable procedural rules.

criminal record. The results of the search were that "no records found" (See attached Exhibit "A").

The Plaintiff's counsel has been in regular and frequent communication with the Defendant, owner who admits that the Defendant, operator was the operator of the vehicle owned by Swift Transportation Co., Inc. Your Plaintiff seeks to effect service by any alternate means for which the court deems meet and appropriate and also seeks to extend the time within which to conduct discovery so as to obtain answers to Interrogatories of the Defendant, operator, if he is to be located.

The Court has previously imposed May 31, 2007 as the deadline for the completion of fact discovery and your Plaintiff seeks to extend said time for at least an additional sixty (60) days. Your Plaintiff also seeks some direction from the Court as to any alternate means of notice to be provided.

Plaintiff,
By his Attorney,

_/s/ Robert M. Brady________

Robert A. Brady, Esq., #2070
One Grove Avenue
Providence, RI 02903
(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com

**CERTIFICATION**

I hereby certify that on the 29th day of May, 2007, I e-mailed a true and accurate copy of the within to: Patricia A. Buckley, Esq. at pbuckley@ckmlaw.com.

_/s/ Robert M. Brady___________________

EXHIBIT "A"

11:46:02

D————

AM.RIRSP0020.RI0042000.*MRI0432242.

RILETS HOTFILES RESULTS - ON YOUR
INQUIRY OF:
NAM/OUKADDE.ABDELLAH.DOB/19710321

NO RECORDS FOUND

MR] 432243 IN: RISF 9994 AT 23OCT200611:48:58 OUT: RIMVOO 44 AT
23OCT2006 11:48:58

RI0042000.
QW MESSAGE FROM NCIC
NO NCIC WANT NAM/OUKADDE.ABDELLAH DOB/19710321
'"MESSAGE KEY QW SEARCHES WANTED PERSON RLE FELONY RECORDS REGARDLESS OF EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION. ALL OTHER NCIC PERSONS FILES ARE SEARCHED WITHOUT LIMITATIONS.

M.RIRSP0020.RI0042000.*MRI0432242.

RILETS HOTFILES RESULTS - ON YOUR INQUIRY OF:
NAM/OUKADDE.ABDELLAH.DOB/19710321

NO RECORDS FOUND

MRI 432243 IN: RISF 9994 AT 23OCT2006 11:48:58 OUT: RIMVOO 44 AT 23OCT2006 11:48:58

RI0042000.