UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ZIGAS | : | |
| | : | |
| VS. | : | C.A. No.: 06-498 S |
| | : | |
| ABDELLAH OUKADDE, Alias John Doe and SWIFT TRANSPORTATION CO., INC., Alias ABC Company | : : : | |

**SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND EXTENSION OF TIME TO EFFECT SERVICE AND COMPLETE DISCOVERY**

On June 5, 2007, Plaintiff's counsel received the Defendant's Answers to Interrogatories which provided a new last known address for the Defendant. Plaintiff has since sent a follow-up notice to the Defendant at that last stated address in the Defendant's Answers to Interrogatories and hopefully will have a response prior to any action being taken on the Plaintiff's Request. It should be noted that until the Plaintiff received the Defendant's Answers on June 5, 2007, the only address that the Plaintiff's counsel had was that which was recorded on the police report.

Plaintiff's counsel is still attempting to track down the Defendant via his commercial driver's license number but thus far has met with no success.

Plaintiff,
By his Attorney,

_/s/ Robert M. Brady_________

Robert A. Brady, Esq., #2070
One Grove Avenue
Providence, RI 02903
(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com

**CERTIFICATION**

I hereby certify that on the 12th day of June, 2007, I e-mailed a true and accurate copy of the within to: Patricia A. Buckley, Esq. at pbuckley@ckmlaw.com.

_/s/ Robert M. Brady___________________