UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ZIGAS | : | |
| | : | |
| VS. | : | C.A. No.: 06-498 S |
| | : | |
| ABDELLAH OUKADDE, Alias John Doe and SWIFT TRANSPORTATION CO., INC., Alias ABC Company | : | |

AFFIDAVIT OF COMPLIANCE

Now comes the undersigned, counsel for Plaintiff and certifies that in accordance with R.I.G.L. Section 31-7-7, a copy of the Summons and Complaint filed in the within matter has been sent by certified mail, return receipt requested, to the Defendant operator, Abdellah Oukadde at the last know address as stated in Defendant's Answers to Interrogatories, to wit: 215 Eastern Avenue, Apartment 25, Manchester, NH 03104.

Plaintiff's counsel files this Affidavit in Compliance with R.I.G.L. Section 31-7-7.

Plaintiff,
By his Attorney,

/s/ Robert M. Brady

Robert A. Brady, Esq., #2070
One Grove Avenue
Providence, RI 02903

(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com

**CERTIFICATION**

I hereby certify that on the 12th day of June, 2007, I e-mailed a true and accurate copy of the within to: Patricia A. Buckley, Esq. at pbuckley@ckmlaw.com.

_/s/ Robert M. Brady____________________