UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ZIGAS | : | |
| | : | |
| vs. | : | |
| | : | C.A. No. 06-498-S |
| ABDELLAH OUKADDE, Alias John Doe | : | |
| And SWIFT TRANSPORTATION | : | |
| CO. INC., Alias ABC Company | : | |

JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY
AND HOLD SETTLEMENT CONFERENCE

Plaintiff, James Zigas and Defendant Swift Transportation Co., Inc. hereby jointly move for a 60 day extension of time within which to complete discovery and a 60 day extension to complete the settlement conference relative to the within matter. The settlement conference before Magistrate Judge Almond is currently scheduled for July 9, 2007 and the discovery closure date is July 31, 2007. This is the parties' first request for extension.

In support of this Motion, the parties state that the additional time is needed because it has taken longer than anticipated for them to complete discovery in this matter and the plaintiff is still engaged in attempting to serve defendant Abdellah Oukadde. Responses to keeper of the records subpoenas issued in February have only fully been returned as of June 12, 2007. This has delayed the defendant's ability to obtain appropriate medical reviews and depose the plaintiff. Further, the parties believe it is in the best interests of both parties to conduct the settlement conference once discovery is largely complete and they are in a position to participate meaningfully.

For these reasons, the parties jointly request an extension of the discovery deadline to September 30, 2007 and a new settlement conference date sometime in early September.

JAMES ZIGAS
By his Attorney,

/s/ Robert A. Brady________

Robert A. Brady #2070
One Grove Avenue
Providence, RI 02903
(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com

SWIFT TRANSPORTATION
CO. INC.,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 18th day of June, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Robert M. Brady, Esq., bob@bradylaw.necoxmail.com will receive notice through the ECF system.

/s/ Patricia A. Buckley