UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ZIGAS | : | |
| | : | |
| vs. | : | |
| | : | C.A. No. 06-498-S |
| ABDELLAH OUKADDE, Alias John Doe | : | |
| And SWIFT TRANSPORTATION | : | |
| CO., INC., Alias ABC Company | : | |

ANSWER OF DEFENDANT,
ABDELLAH OUKADDE

Defendant, Abdellah Oukadde, hereby answers the plaintiff's Complaint as follows:

1. This defendant is without sufficient information to either admit or deny the allegations contained in this paragraph.

2. Admitted.

3. Admitted that Swift Transportation Co., Inc. is headquartered in Phoenix, Arizona. Otherwise, denied.

4. Admitted.

5. Admitted.

6. Admitted that Abdellah Oukadde was the operator of a vehicle on November 4, 2003 on Route 95 in Providence, Rhode Island that collided with a vehicle operated by the plaintiff. Otherwise, denied.

7. Denied.

8. Denied.

FIRST AFFIRMATIVE DEFENSE

The plaintiff's damages, if any at all, were caused by or contributed to by other persons, firms or corporations for whose conduct this defendant is not responsible.

SECOND AFFIRMATIVE DEFENSE

The plaintiff's damages, if any at all, were caused by or contributed to by the plaintiff's own conduct.

WHEREFORE, defendant, Abdellah Oukadde, demands that the plaintiff's Complaint be dismissed and that he be awarded his costs related thereto.

ABDELLAH OUKADDE
By his Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

**DEFENDANT HEREBY**
**DEMANDS TRIAL BY JURY**

CERTIFICATION

I hereby certify that on the 27TH day of June, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Robert M. Brady, Esq., bob@bradylaw.necoxmail.com will receive notice through the ECF system.

/s/ Patricia A. Buckley