UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ZIGAS | : | |
| | : | |
| vs. | : | |
| | : | C.A. No. 06-498S |
| ABDELLAH OUKADDE, Alias John Doe | : | |
| And SWIFT TRANSPORTATION | : | |
| CO., INC. Alias ABC Company | : | |

**NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **JAMES ZIGAS**
**DATE:** **Wednesday, August 1, 2007**
**TIME:** **2:00 p.m.**

Please take notice that pursuant to Fed. R. Civ. P. 30, the defendants, Abdellah Oukadde and Swift Transportation Co., Inc. in the above captioned matter will take the deposition of the above named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI before a Notary Public commissioned in the State of Rhode Island.

ABDELLAH OUKADDE and
SWIFT TRNASPORTATION CO., INC.
By their Attorneys,
CARROLL KELLY & MURPHY

/s/Patricia A. Buckley

PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on July 20, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Robert M. Brady, Esq., bob@bradylaw.necoxmail.com, will receive notice through the ECF system and a copy of the within document was mailed to Patricia Aloisio, 20 Pine Top Road, Barrington, RI 02806.

/s/Patricia A. Buckley