UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES ZIGAS | : | |
| | : | |
| VS. | : | C.A. NO. 06-498-S |
| | : | |
| ABDELLAH OUKADDE, Alias John Doe | : | |
| And SWIFT TRANSPORTATION | : | |
| CO., INC. Alias ABC Company | : | |

NOTICE TO TAKE DEPOSITION

DEPONENT: Rosemary Soccia
Emrose Florist
2242 Mineral Spring Avenue
North Providence, RI 02911
DATE: Thursday, September 13, 2007
TIME: 2:00 p.m.

Please take notice that pursuant to Fed. R. Civ .P. 30, the defendants, Abdellah Oukadde and Swift Transportation Co., Inc., in the above captioned matter will take the deposition of the above named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the Law Office of Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 before a Notary Public commissioned in the State of Rhode Island.

ABDELLAH OUKADDE and
SWIFT TRANSPORTATION CO., INC.
By their Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on August 22, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF System and that Robert M. Brady, Esq., bob@bradylaw.necoxmail.com, will receive notice through the ECF System and a copy of the within document was mailed to Patricia M. Aloisio, Stenographer, 20 Pine Top Road, Barrington, RI 02806.

/s/ Patricia A. Buckley