UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES ZIGAS :
:
vs. :
: C.A. No. 06-498 S
ABDELLAH OUKADDE, Alias John Doe :
And SWIFT TRANSPORTATION :
CO., INC., Alias ABC Company :

## DISMISSAL STIPULATION

This matter is hereby dismissed with prejudice, no interest, no costs.

SWIFT TRANSPORTATION
CO., INC.
By its Attorneys,
CARROLL KELLY & MURPHY

/s/ Patricia A. Buckley________
Patricia A. Buckley #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

JAMES ZIGAS

By his Attorney,

/s/ Robert A. Brady________
Robert A. Brady #2070
One Grove Avenue
Providence, RI 02903
(401) 434-2800
(401) 434-2934
bob@bradylaw.necoxmail.com

## CERTIFICATION

I hereby certify that on October 9, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Robert A. Brady, Esq., bob@bradylaw.necoxmail.com, will receive notice through the ECF system.

/s/Patricia A. Buckley